JANUARY 18, 1968.

No. 864. JAMES BLACK DRY GOODS CO. *v.* BOARD OF REVIEW FOR THE CITY OF WATERLOO. Sup. Ct. Iowa. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *George R. Johnson* for petitioner.

JANUARY 22, 1968.

No. 363. UNITED STATES ET AL. *v.* SOUTHWESTERN CABLE CO. ET AL.; and

No. 428. MIDWEST TELEVISION, INC., ET AL. *v.* SOUTH-WESTERN CABLE CO. ET AL. C. A. 9th Cir. Motion to vacate stay of mandate of the United States Court of Appeals for the Ninth Circuit denied. MR. JUSTICE DOUGLAS and MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. *Arthur Scheiner* and *Harold F. Reis* on the motion for South-western Cable Co. *Solicitor General Griswold* for the United States et al., and *Ernest W. Jennes* and *Charles A. Miller* for Midwest Television, Inc., et al. in opposition. [For previous orders herein, see *e. g.,* 389 U. S. 1029.]

No. 897, Misc. BOWENS *v.* REAGAN, GOVERNOR OF CALIFORNIA, ET AL. Motion for leave to file petition for writ of habeas corpus denied.

No. 906, Misc. TURNER *v.* NELSON, WARDEN. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari denied.